**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>SHUTE, MARY ELIZABETH<br><br><br>**Debtor(s)** | CHAPTER 7 CASE<br><br>CASE NO. 08-02212 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Will County Court Annex
          57 N. Ottawa St., Room 201
          Ottawa, Illinois 60432

    on:   **May 22, 2009**
    at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        2,828.95

    b. Disbursements                         $            0.00

    c. Net Cash Available for                $        2,828.95
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $707.24 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $44,637.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.75%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery II | $ 2,465.46 | $ 117.19 |
| 2 | CHASE BANK USA | $ 18,914.88 | $ 899.07 |
| 3 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 23,256.80 | $ 1,105.45 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse,

219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated:  **April 17, 2009**                      For the Court,

 

                                                  KENNETH S. GARDNER
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL  60604

Trustee:     MICHAEL G. BERLAND
Address:      1 NORTH LASALLE STREET
                STE 1775
                CHICAGO, IL  60602
Phone No.:  (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Apr 17, 2009
Case: 08-02212                Form ID: pdf002              Total Served: 14

The following entities were served by first class mail on Apr 19, 2009.
db          +Mary Elizabeth Shute,   541 Hiawatha Dr,   Ottawa, IL 61350-4528
aty         +William T Surin,   Armstrong & Surin,   724 Columbus St,   Ottawa, IL 61350-5083
tr          +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
11918423   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court:   American Honda Finance Corp,   PO BOx 5308,   Elgin  IL  60121)
11918424    +Bank of America,   c/o FIA Card Services,   PO Box 15137,   Wilmington DE 19850-5137
12369683    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
11918425     Chase,   Card Member Service,   PO Box 15153,   Wilmington DE  19886-5153
11918426    +First Federal Savings Bank,   633 LaSalle St,   Ottawa  IL 61350-2931

The following entities were served by electronic transmission on Apr 18, 2009.
11918422    +Fax: 815-672-7457 Apr 18 2009 00:25:32      American General Finance,   305 E Main St,
             Streator  IL 61364-2926
12688914    +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:52      Capital Recovery II,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12589859    +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
             FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11918427    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2009 04:26:22      GE Money Bank / Shop NBC,
             PO Box 96009,   Orlando  FL 32896-0001
12688915     E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:51
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
12360494    +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:51
             Recovery Management Systems Corporation,   For GE Money Bank,   dba SHOPNBC,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                    **Signature:**    *Joseph Speetjens*