**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: SHUTE, MARY ELIZABETH § | Case No. 08-02212 |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $2,760.00 |
| Total Distribution to Claimants: $2,122.03 | Claims Discharged Without Payment: $49,472.11 |
| Total Expenses of Administration: $707.24 | |

3) Total gross receipts of $ 2,829.27   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00   (see **Exhibit 2**), yielded net receipts of $2,829.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $129,789.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 707.24 | 707.24 | 707.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 50,172.00 | 44,637.14 | 44,637.14 | 2,122.03 |
| **TOTAL DISBURSEMENTS** | $179,961.00 | $45,344.38 | $45,344.38 | $2,829.27 |

4) This case was originally filed under Chapter 7 on January 31, 2008.
. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2009           By: /s/MICHAEL G. BERLAND
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Amount held by credit cousneling firm-scheduled | 1129-000 | 2,826.00 |
| Interest Income | 1270-000 | 3.27 |
| **TOTAL GROSS RECEIPTS** | | **$2,829.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Federal Savings Bank | 4110-000 | 108,789.00 | N/A | N/A | 0.00 |
| American Honda Finance Corp | 4110-000 | 21,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$129,789.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 707.24 | 707.24 | 707.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 707.24 | 707.24 | 707.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery II | 7100-000 | 2,181.00 | 2,465.46 | 2,465.46 | 117.22 |
| CHASE BANK USA | 7100-000 | 18,401.00 | 18,914.88 | 18,914.88 | 899.20 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 22,633.00 | 23,256.80 | 23,256.80 | 1,105.61 |
| American Honda Finance Corp | 7100-000 | 1,017.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| American General Finance | 7100-000 | 5,940.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 50,172.00 | 44,637.14 | 44,637.14 | 2,122.03 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-02212
Case Name: SHUTE, MARY ELIZABETH
Period Ending: 12/21/09

Trustee: (520196)    MICHAEL G. BERLAND
Filed (f) or Converted (c): 01/31/08 (f)
§341(a) Meeting Date: 03/13/08
Claims Bar Date: 09/12/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Amount held by credit cousneling firm-scheduled | 4,064.00 | 2,826.00 | | 2,826.00 | FA |
| 2 | 541 Hiawatha, Ottawa | 116,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash-scheduled | 60.00 | 0.00 | | 0.00 | FA |
| 4 | First National Bank-scheduled | 150.00 | 0.00 | | 0.00 | FA |
| 5 | First National Bank-shcduled | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods-scheduled | 1,800.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Rings, necklaces, earrings-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 9 | 2008 Honda-scheduled | 21,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.27 | Unknown |
| 10 | Assets    Totals (Excluding unknown values) | $143,824.00 | $2,826.00 | | $2,829.27 | $0.00 |

**Major Activities Affecting Case Closing:**

There was a small amount that was non-exempt from what a credit counseling firm was holding

Initial Projected Date Of Final Report (TFR):    June 30, 2010        Current Projected Date Of Final Report (TFR):    June 30, 2010

Printed: 12/21/2009 03:01 PM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-02212 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SHUTE, MARY ELIZABETH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 13-7595533 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/08/08 | {1} | Armstrong, Surin | Payment of monies held by credit counseling firm | 1129-000 | 2,826.00 | | 2,826.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.27 | | 2,826.27 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.35 | | 2,826.62 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.35 | | 2,826.97 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.35 | | 2,827.32 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.33 | | 2,827.65 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.37 | | 2,828.02 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.30 | | 2,828.32 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.22 | | 2,828.54 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 2,828.74 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,828.85 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,828.95 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,829.07 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,829.18 |
| 05/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 2,829.27 |
| 05/26/09 | | To Account #********8766 | Transfer for purpose of final distribution | 9999-000 | | 2,829.27 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 2,829.27 | 2,829.27 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,829.27 | |
| Subtotal | 2,829.27 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $2,829.27 | $0.00 | |

() Asset reference(s)   Printed: 12/21/2009 03:01 PM   V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-02212 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | SHUTE, MARY ELIZABETH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****87-66 - Checking Account |
| Taxpayer ID #: | 13-7595533 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/26/09 | | From Account #********8765 | Transfer for purpose of final distribution | 9999-000 | 2,829.27 | | 2,829.27 |
| 05/28/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $707.24, Trustee Compensation; Reference: | 2100-000 | | 707.24 | 2,122.03 |
| 05/28/09 | 102 | Capital Recovery II | Dividend paid 4.75% on $2,465.46; Claim# 1; Filed: $2,465.46; Reference: | 7100-000 | | 117.22 | 2,004.81 |
| 05/28/09 | 103 | CHASE BANK USA | Dividend paid 4.75% on $18,914.88; Claim# 2; Filed: $18,914.88; Reference: | 7100-000 | | 899.20 | 1,105.61 |
| 05/28/09 | 104 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 4.75% on $23,256.80; Claim# 3; Filed: $23,256.80; Reference: | 7100-000 | | 1,105.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,829.27 | 2,829.27 | $0.00 |
| | | | Less: Bank Transfers | | 2,829.27 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,829.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $2,829.27 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****87-65 | 2,829.27 | 0.00 | 0.00 |
| Checking # ***-*****87-66 | 0.00 | 2,829.27 | 0.00 |
| | $2,829.27 | $2,829.27 | $0.00 |

{} Asset reference(s)                                                                 Printed: 12/21/2009 03:01 PM   V.11.53